Opinion issued December 7, 2006










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00432-CR






ROBERT CLEMENTE PEREZ, Appellant


V.


THE STATE OF TEXAS, Appellee


* * *


NO. 01-06-00433-CR






JAZMIN RODRIGUEZ PEREZ, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 185th District Court

Harris County, Texas

Trial Court Cause Nos. 1065932 and 1065933






MEMORANDUM OPINION ON REHEARING

 We grant the State's motion to withdraw our opinion and judgment, vacate our
October 26, 2006 judgment, withdraw our October 26, 2006 opinion, and issue this
opinion in its place.

 On October 26, 2006, we issued our memorandum opinion in this appeal
challenging the trial court's order setting bail for appellants. On November 3, 2006,
in a motion to withdraw our opinion and judgment, the State informed us that
appellants had pleaded guilty and were sentenced on October 13, 2006. Issues
concerning pre-trial bail are moot after a defendant has been convicted. Delangel v.
State, 132 S.W.3d 491, 494 (Tex. App.--Houston [1st Dist.] 2004, no pet.). Thus,
this appeal was moot at the time our opinion issued, and this court had no jurisdiction
over the appeal. 

 Accordingly, we grant the State's motion, withdraw our opinion issued on
October 26, 2006, and dismiss this appeal for lack of jurisdiction. 



 Sam Nuchia

 Justice


Panel consists of Justices Nuchia, Jennings, and Higley. 

Do not publish. See Tex. R. App. P. 47.2(b).